No. 4537.—Matos, aplda,. v. Rodríguez, aplte.— C. D. San Juan. Julio 26, 1928. A la nueva moción de desestimación presentada por la parte apelada en

·este caso, vista la oposición de la parte apelante y no habiendo variado la situación que se analizó al decidirse el 31 de mayo último la primera moción, *no ha lugar*, llamándose la atención sin embargo, sobre que esta resolución no debe servir de escudo a la negligencia de la parte apelante. Si dicha negligencia se probara, la desestimación sería decretada inmediatamente.